# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Statesboro Division

2008 JUL -9 AM 11: 22

United States of America )
v. )
) Case No: CR604-00010-002
Abe McKinnon )
) USM No: 11988-021
Date of Previous Judgment: March 31, 2005 ) Lorenzo C. Merritt
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __108 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 32                    Amended Offense Level: 30
Criminal History Category: I                  Criminal History Category: I
Previous Guideline Range: 121 to 151 months   Amended Guideline Range: 97 to 121 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'Time Served' sentence.

Except as provided above, all provisions of the judgment dated __March 31, 2005,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __7-9-2008__

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date: _____
(if different from order date)